UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
<u>CHAPTER 13 PLAN (Individual Adjustment of Debts)</u>

Fourth Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
DEBTOR: Luz Marina Montoya        JOINT DEBTOR:_____ CASE NO.:  17-12128-AJC
Last Four Digits of SS#   5092        Last Four Digits of SS# _____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of    60    months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $   1,470.39   for months    1    to    4   ;
B.   $   1,665.42   for months    5    to    60   ;
C.   $_____ for months _____ to _____; in order to pay the following creditors:

<u>Administrative</u>:        Attorney's Fee -$ 3,500.00 +150.00 Costs = $3,650.00   TOTAL PAID $ 1,465.00
                            Balance Due -   $2,185.00   payable $ 273.13 /month   (Months   1   to   8  )

<u>Secured Creditors</u>:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.  Wells Fargo Home Mortgage         Arrearage on Petition Date   $ 22,733.05 @ 5.5% = $26,053.80
Address:  PO Box 10335                Arrears Payment       $114.64/month   (Months   1   to   4 )
          Des Moines, IA 50306        Arrears Payment       $290.17/month   (Months   5   to   8 )
                                      Arrears Payment       $469.90/month   (Months   9   to   60 )
Account No:   5120031805120           Regular Payment       $935.58/month   (Months   1   to   60 )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0.00% | $0.00 |    1    To    60   | $0.00 |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1._____       Total Due $_____
                                 Payable  $_____/month   (Months_____ to _____)

<u>Unsecured Creditors</u>:  Pay $  93.40  month (Months 9  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Ally Financial (2014 Dodge) and El Dorado Towers Condominium (HOA) are being paid outside the Chapter 13 Plan.  The debtor(s) is hereby advised that the Ch.13 trustee has requested that the debtor comply with 521 (f) 1-4 on an annual basis during the pendency of this case.  The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous years' income. The debtor will modify the plan to provide for the distribution of funds recovered from his pending lawsuit which are not exempt to the unsecured creditors.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____
Debtor
Date:_____06/27/17_____