**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:                                            **PROCEEDINGS UNDER CHAPTER 13**
**Luz Marina Montoya**                          **CASE NO.: 17-12128-BKC-AJC**

         **Debtor(s).**          /

### EMERGNECY MOTION TO REINSTATE CHAPTER 13 CASE
*(FORECLOSURE SALE DATE SCHEDULED FOR 10/17/2018)*

**COMES NOW**, Debtor, Luz Marina Montoya, by and through the undersigned counsel and files this Emergency Motion to Reinstate Chapter 13 Case and states as follows:

1. This case was dismissed on or about August 07, 2018.
2. The case was dismissed because the debtor was not current with the post-petition payments to the trustee.
3. Simultaneously with the filing of this motion, an Emergency Motion to Modify Confirmed Chapter 13 Plan is being filed. Moreover, the proposed Third Modified Plan makes the debtor current as of September, 2018.
4. The confirmed plan provides for payments to Wells Fargo Bank, N.A.
5. Wells Fargo Bank, N.A. holds a secured interest in the form of a first mortgage, on the debtor's homestead property.
6. Secured creditor Wells Fargo Bank, N.A. has set a foreclosure sale date for October 17, 2018.
7. The debtor's attorney is holding funds in the amount of $2,095.96 that makes the debtor current under the modified plan as of the date of the filing of this motion.

**WHEREFORE**, Debtor, Luz Marina Montoya, respectfully requests to this court that this Emergency Motion to Reinstate Chapter 13 Case be **GRANTED**.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

                                                          Respectfully submitted,
                                                          Law Offices of Patrick L Cordero, Esq
                                                          Attorney for Debtor(s).
                                                          7333 Coral Way
                                                          Miami, Florida 33155
                                                          Tel: (305) 445-4855

                                                          By: ___/s/ (FILED ECF)
                                                          Patrick L. Cordero, Esq., FBN 801992